

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00028-CV

———————————————

IN RE ZDENKA "ZEE" WILCOX, Relator

---

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 96-373559-26

---

Before Womack, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Emergency Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: January 15, 2026